**ORIGINAL**

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2020 JUN 24  PM 2: 08

DEPUTY CLERK_____

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No: 3:18-cv-02449-D |
| vs. | § | CONSENT TO TRIAL CONTINUANCE |
| | § | |
| MOSS LAW FIRM, P.C., | § | |
| | § | |
| Defendant | | |

## CONSENT TO TRIAL CONTINUANCE

I *Christopher Smith* on *June 22. 2020, agree to order #37 Granting*

Trial  Continuance to October 5, 2020, according to N.D. Tex Civ.

Rule 40.1, this is my written and signed  consent  to trial continuance.

Dated:  June 22, 2020

By: _____

Christopher Smith Pro Se

Consent to Stick Continuance

Please Deliver to:
Room 1452



RECEIVED

JUN 24 2020

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

U.S. District Clerk
1100 Commerce St. Rm 1452
Dallas, TX 75242